

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00449-CR

| | | |
|---|---|---|
| LAWRENCE PORATH, Appellant | § | On Appeal from the 211th District Court |
| | § | of Denton County (F22-2665-211) |
| V. | § | September 4, 2025 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed. The bill of costs is corrected to strike the time-payment fee and show $0 due at this time.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr